19141—Charles N. Keith et al, v. State, ex rel. William Mills et al; error to Clark Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 5-12-25; 3 Abs. 329.

19398—State, ex rel Retirement Board, of the State Teachers' Retirement System v. Board of Education of Goshen Rural School District, Hardin County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 10-30-25; 3 Abs. 690.

19399—State ex rel Retirement Board of the State Teachers' Retirement System v. Board of Education of Montgomery Rural School District, Wood County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 10-30-25; 3 Abs. 690.

19403—State ex rel Retirement Board of the State Teachers' Retirement System v. Board of Education of Ridgway Rural School District, Hardin County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants, for costs. Dock. 11-4-25; 3 Abs. 706.

19405—State ev rel Retirement Board of the State Teachers' Retirement System v. Board of Education of Wabash Special School District No. 6, Darke County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 11-4-25; 3 Abs. 706.

### MOTION DOCKET

---

## Abstracts of Last Week's
## SUPREME COURT OPINIONS

---

### SYLLABI
### No. 953

No. 19345—The State, ex rel, etc., v. The Board of Education of Adams Mills Rural School District, et al. In Mandamus.

No. 19096—Robert W. Ross, et al v. The Adams Mills Rural School District; error to the Court of Appeals of Muskingum county.

157. BOARDS OF EDUCATION—1. Upon transfer of property from one district to another, bound to make equitable division of funds and indebtedness of transferred territory.

2. "Where there is such transfer after issuance of bonds for erection of school building and tax levy to pay for same; and equitable division of funds and bonded indebtedness is made, all property of each district subject to tax levy to meet apportioned indebtedness.

291. CONSTITUTIONAL LAW — Section 4692 GC. does not violate any state or federal constitutional provisions.

### No. 954

No. 19141—Charles N. Keith et al v. The State of Ohio ex rel. William Mills et al. Error to the Court of Appeals of Clark County.

313. CORPORATIONS—1. When articles of incorporation are amended pursuant to statutory authority, provisions may be made for preferred and common stock of different par values.

2. In voting for directors, where there are no restrictions or qualifications, voting power is one vote for each share, whether common or preferred.

DAY, J.

A corporation in amending its articles of incorporation pursuant to statutory authority may provide for preferred and common stock of different par values. When entitled to vote at an election for directors the voting power of all stock pursuant to Section 8636, General Code, is one vote for each share, whether common or preferred, there being no restrictions or qualifications thereof in the certificate of incorporation.

Judgment reversed.

Marshall, CJ., Jones, Matthias, Allen and Kinkade, JJ., concur. Robinson, J., not participating.